IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CIRILO MATA-ROSALES, ) | |
| Petitioner, ) | |
| v. ) | 1:11CR79-1 |
| ) | 1:13CV447 |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on January 12, 2015, was served on the parties in this action. Petitioner objected to the Recommendation. [Doc. # 40.]

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence [Doc. #25] is DENIED. A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

United States District Judge

Date: 2/25/2015